RECEIVED
SEP 12 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 1:95-CR-10016 |
| CONNIE LEWIS and PATSY LEWIS (Defendants), and Charlene Slater | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the government's application for a writ of execution against Connie Lewis and Patsy Lewis, to seize Charlene Slater's property at 47 Ashton Road in Boyce, Louisiana (Doc. 271), is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12TH day of September, 2014.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE